Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MINGLEMENT, INC., a Washington corporation,<br><br>        Plaintiff,<br><br>v.<br><br>HEIRLOOM COFFEE, LLC, a Massachusetts domestic limited liability company,<br><br>        Defendants. | NO. 2:17-cv-00363<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER<br><br>**NOTE ON MOTION CALENDAR:**<br>**April 28, 2017** |

## I. STIPULATION

Subject to approval of this Court, Plaintiff Minglement, Inc. and Defendant Heirloom Coffee, LLC, by and through their attorneys, hereby stipulate and agree to extend the time for Defendant to answer or otherwise respond to the Complaint to and including May 12, 2017.

Stipulated and presented this 28th day of April, 2017.

/s/ Rex B. Stratton
Rex B. Stratton, WSBA No. 1913
Deppman & Foley, P.C.
Drawer 569
Middlebury, VT 05753
Phone:   802-388-7933
Facsimile: 802-388-9200
Email:   rstratton@middlaw.com

/s/ Emilia L. Sweeney
Emilia L. Sweeney, WSBA No. 23371
Ashley K. Long, WSBA No. 45738
Carney Badley Spellman, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone:   (206) 622-8020
Facsimile: (206) 467-8215
Email:   sweeney@carneylaw.com
**Attorneys for Defendant Heirloom Coffee, LLC**

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER – 1
(2:17-cv-00363)

HEI009-0001 4533852

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

1  Jeffrey I. Tilden
   Michael Rosenberger
2  Gordon Tilden Thomas & Cordell LLP
   1001 Fourth Avenue, Suite 4000
3  Seattle, WA 98154
4  Phone:      206-467-6477
   Facsimile: 206-467-6292
5  Email:     jtilden@gordontilden.com
              mrosenberger@gordontilden.com
6  **Attorneys for Plaintiff Minglement, Inc.**

7
8
9                            II.    **ORDER**

10     It is so ordered.

11     Dated this 2nd day of May, 2017.

12                                  _____
                                    Honorable Robert S. Lasnik
13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO          CARNEY BADLEY SPELLMAN, P.S.
COMPLAINT AND ORDER – 2                                    701 Fifth Avenue, Suite 3600
(2:17-cv-00363)                                             Seattle, WA 98104-7010
                                                              (206) 622-8020

HEI009-0001 4533852