Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MINGLEMENT, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEIRLOOM COFFEE, LLC, a Massachusetts domestic limited liability company,<br><br>Defendants. | NO. 2:17-cv-00363<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO EXCHANGE INITIAL DISCLOSURES AND FILE JOINT STATUS REPORT<br><br>**NOTE ON MOTION CALENDAR:**<br>**May 16, 2017** |

## I. STIPULATION

Subject to approval of this Court, Plaintiff Minglement, Inc. and Defendant Heirloom Coffee, LLC, by and through their attorneys, hereby stipulate and agree to:

1. Extend the time to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) from May 25, 2017, to June 15, 2017; and

2. Extend the time to file the Joint Status Report and Discovery Plan from June 1, 2017, to June 22, 2017.

The parties have engaged in the Fed. R. Civ. P. 26(f) conference but seek this extension to allow for further settlement negotiations.

STIPULATION AND ORDER FOR EXTENSION OF TIME TO EXCHANGE INITIAL DISCLOSURES AND FILE JOINT STATUS REPORT – 1
(2:17-cv-00363)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

HEI009-0001 4565251

Stipulated and presented this 16th day of May, 2017.

| | |
|---|---|
| /s/ Rex B. Stratton | /s/ Emilia L. Sweeney |
| Rex B. Stratton, WSBA No. 1913 | Emilia L. Sweeney, WSBA No. 23371 |
| Deppman & Foley, P.C. | Ashley K. Long, WSBA No. 45738 |
| Drawer 569 | Carney Badley Spellman, P.S. |
| Middlebury, VT 05753 | 701 Fifth Avenue, Suite 3600 |
| Phone: 802-388-7933 | Seattle, WA 98104 |
| Facsimile: 802-388-9200 | Phone: (206) 622-8020 |
| Email: rstratton@middlaw.com | Facsimile: (206) 467-8215 |
| | Email: sweeney@carneylaw.com |
| | **Attorneys for Defendant Heirloom Coffee, LLC** |

Jeffrey I. Tilden
Michael Rosenberger
Gordon Tilden Thomas & Cordell LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone: 206-467-6477
Facsimile: 206-467-6292
Email: jtilden@gordontilden.com
mrosenberger@gordontilden.com
**Attorneys for Plaintiff Minglement, Inc.**

## II.   ORDER

It is so ordered.

Dated this 17th day of May, 2017.

_/s/ MS Lasnik_
Honorable Robert S. Lasnik

STIPULATION AND ORDER FOR EXTENSION OF TIME TO EXCHANGE INITIAL DISCLOSURES AND FILE JOINT STATUS REPORT – 2
(2:17-cv-00363)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

HEI009-0001 4565251