UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MINGLEMENT, INC., a Washington corporation,<br><br>              Plaintiff,<br><br>              v.<br><br>HEIRLOOM COFFEE, LLC, a Massachusetts domestic limited liability company,<br><br>              Defendants. | Case No. C17-0363RSL<br><br>**ORDER OF REFERRAL** |

Pursuant to the stipulation of the parties (Dkt. # 16), this matter is hereby REFERRED to the Honorable James P. Donohue, United States Magistrate Judge, for settlement proceedings. Within seven days of completion of the settlement proceedings, the parties shall file a joint status report notifying the Court whether the case has settled and/or whether any revisions to the case management order (Dkt. # 17) are necessary.

Dated this 28th day of June, 2017.

                                            */s/ Robert S. Lasnik*
                                            Robert S. Lasnik
                                            United States District Judge