HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MINGLEMENT, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEIRLOOM COFFEE, LLC, a Massachusetts domestic limited liability company,<br><br>Defendant. | NO. 2:17-cv-00363-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>Noted: Please present forthwith |

## STIPULATION

1. Plaintiff Minglement, Inc. and defendant Heirloom Coffee, LLC (collectively "Parties"), through their respective counsel of record, stipulate and agree to the entry of an order dismissing this matter with prejudice.

2. The parties shall bear their own costs and attorneys' fees.

STIPULATION AND ORDER OF DISMISSAL- 1
NO. 2:17-cv-00363-RSL
Page 1 of 3

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Jointly submitted on September 1, 2017.

| For Plaintiff | For Defendant |
|---|---|
| /s Rex B. Stratton<br>Rex B. Stratton, WSBA No. 1913<br>Lynch & Foley, P.C.<br>Middlebury, VT 05753<br>Telephone: (802) 388-7933<br>Facsimile: (802) 388-9200<br>Email: rstratton@lynchandfoley.com | Emilia L. Sweeney, WSBA No. 23371<br>Carney Badley Spellman, P.S.<br>701 Fifth Ave, Suite 3600<br>Seattle, WA 98104<br>T: 206-622-8020 x 187<br>F: 206-607 4187<br>Email: sweeney@carneylaw.com |
| Jeffrey I. Tilden, WSBA No. 12219<br>Michael Rosenberger, WSBA No. 17730<br>Gordon Tilden Thomas & Cordell LLP<br>1001 Fourth Avenue, Suite 4000<br>Seattle, Washington 98154<br>Telephone: (206) 467-6477<br>Facsimile: (206) 467-6292<br>Email: jtilden@gordontilden.com<br>mrosenberger@gordontilden.com | /s Ashley K. Long<br>Ashley K. Long, WSBA No. 45738<br>Carney Badley Spellman, P.S.<br>701 Fifth Ave, Suite 3600<br>Seattle, WA 98104<br>T: 206-622-8020<br>F: 206-467-8215<br>Email: long@carneylaw.com |

## ORDER

Based on the foregoing stipulation of counsel, and the Court being informed in the premises, it is:

ORDERED that this matter is dismissed with prejudice and without costs.

DATED: Sept. 6, 2017.

_____
HONORABLE ROBERT L. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL- 2
NO. 2:17-cv-00363-RSL
Page 2 of 3

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292